STATE OF NEBRASKA, APPELLEE, V. LITTLE ART CORPORATION, A FOREIGN CORPORATION DOING BUSINESS AS ART 16 THEATER, APPELLANT.

207 N. W. 2d 527

Filed May 25, 1973. No. 38672.

Walter J. Matejka, Frank B. Daninger, and Arthur Schwartz, for appellant.

Clarence A. H. Meyer, Attorney General, and Ralph H. Gillan, for appellee.

Heard before SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

CLINTON, J.

The result in this case is governed by our opinion in State v. Little Art. Corp., 189 Neb. 681, 204 N. W. 2d 574. The issues are identical with those in the cited case and there is no material difference in the evidence. The judgment is affirmed. See Rule 20.

AFFIRMED.